1   **MICHAEL L. BARNES**
     10806 Endicott Lane
2   Houston, Texas 77035
     Telephone: 713-306-5223
3

   Attorney for Plaintiffs
4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

FILED

JUL 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12 IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>13 PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| 14 | |
| 15 Jerry Ross, Sr., et al.,<br>             Plaintiffs,<br>16      v. | **Case No.: 07-0359 CRB**<br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| 17 Pfizer Inc, et al.,<br>             Defendants.<br>18 | |

19

20       Come now all remaining Plaintiffs and Defendants in the above-entitled action, by and

21  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

22  hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own

23  attorneys' fees and costs.

24

25     DATED: _May 7_, 2010    By: _Michael L. Barnes_

26                       **MICHAEL L. BARNES**
                           10806 Endicott Lane
27                       Houston, Texas 77035
                           Telephone: 713-306-5223
28

                           *Attorney for Plaintiffs*

1

2   DATED:  July 7, 2010      By:

3                            Michelle W. Sadowsky
                             **DLA PIPER LLP (US)**
4                            1251 Avenue of the Americas
                             New York, New York 10020
5                            Telephone: 212-335-4500
                             Facsimile: 212-335-4501
6
7                            *Defendants' Liaison Counsel*

8

9

10  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
    IT IS SO ORDERED.**

11

12  Dated:

13                            Hon. Charles R. Breyer
                             United States District Court
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**